# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| LEWIS C. CAIN, | ) |
| Plaintiff, | ) |
| | ) No. 3:18-cv-00521 |
| v. | ) |
| | ) Judge Waverly Crenshaw |
| CITY OF MT. JULIET; | ) Magistrate Judge Joe Brown |
| MICHAEL CORDLE; and | ) |
| MICHAEL WENTZELL | ) |
| Defendants. | ) |

## MOTION FOR SUMMARY JUDGMENT BY DEFENDANT MICHAEL CORDLE

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Michael Cordle, by and through undersigned counsel, respectfully moves this Court to grant summary judgment against Plaintiff Lewis C. Cain and dismiss this action and all claims against Michael Cordle. There are no genuine, material factual disputes that would allow a jury to find in favor of Plaintiff, and Michael Cordle is entitled to judgment as a matter of law on all claims against him.

This Motion is supported by Michael Cordle's Memorandum of Law in Support of Motion for Summary Judgment, Statement of Concise Material Facts on Behalf of Defendants Michael Wentzell and Michael Cordle in Support of Their Motions for Summary Judgment, and a Joint Notice of Filing.

For all the reasons set forth in the foregoing, Defendant Michael Cordle respectfully requests entry of an order dismissing Plaintiff's action against him in its entirety.

1

                */s/ Samantha A. Foster*
                Robert M. Burns, #15383
                Samantha A. Foster, #037250
                HOWELL & FISHER, PLLC
                3310 West End Avenue, Suite 550
                Nashville, TN 37203-1089
                (615) 921-5211 Direct
                (615) 244-3518 Fax
                rburns@howell-fisher.com
                sfoster@howell-fisher.com
                *Attorneys for Defendants*
                *Michael Cordle and Michael Wentzell*

## CERTIFICATE OF SERVICE

      I certify that the foregoing Motion for Summary Judgment by Defendant Michael Cordle was filed electronically on February 3, 2020. Notice of this filing will be sent by operation of the Court's electronic filing system upon:

| | |
|---|---|
| Thomas H. Castelli, Esq., #24849 | Kristin E. Berexa, Esq., #14833 |
| ACLU Foundation of Tennessee | William C. Mazzota, Esq., #35247 |
| P. O. Box 120160 | FARRAR & BATES, LLP |
| Nashville, TN 37212 | 211 Seventh Avenue North, Suite 500 |
| mfloyd@aclu-tn.org | Nashville, TN 37219 |
| tcastelli@aclu-tn.org | kristin.berexa@farrar-bates.com |
| *Attorneys for Plaintiff* | william.mazzota@farrar-bates.com |
| | *Attorneys for City of Mt. Juliet* |

David R. Esquivel, Esq. #021459
Elaina S. Al-Nimri, Esq. #034121
BASS BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
desquivel@bassberry.com
eal-nimri@bassberry.com
*Attorneys for Plaintiff*

                */s/ Samantha A. Foster*
                Samantha A. Foster