UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEWIS C. CAIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:18-cv-00521 |
| | ) |
| CITY OF MT. JULIET, | ) |
| MICHAEL CORDLE, and | ) |
| MICHAEL WENTZELL | ) |
| | ) |
| Defendants. | ) |

## ORDER

A telephonic status conference is set for **April 1, 2020,** at 10:00 a.m.

The parties shall call 1-888-278-0296, and when prompted enter access code 6564835# to participate in the call. If a party has difficulty connecting, please contact chambers at 615-736-7013.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE