UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEWIS C. CAIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:18-cv-00521 |
| CITY OF MT. JULIET, | ) ) ) |
| Defendant. | ) ) |

## ORDER

The parties have filed a Joint Stipulation of Dismissal with Prejudice (Doc. No. 115). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file. Any pending Motions are **DENIED** as **MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE